UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>COLLEEN NOLL, Acting Warden<br><br>　　　　　　　　　　Respondent. | Civil No.　　09-1705 IEG (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than October 19, 2009,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.*

**IT IS SO ORDERED.**

**DATED: August 17, 2009**

　　　　　　　　　　　　　　　　　　　　　　　_Irma E. Gonzalez_
　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**